George Eugene **MILLER**, Appellant,

v.

**UNITED STATES of America.**

**No. 15547.**

United States Court of Appeals
Third Circuit.

Submitted Jan. 6, 1966.

Decided March 1, 1966.

George E. Miller, pro se.

Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa. (Francis R. Crumlish, Asst. U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM.

Upon examination of the record in this case and consideration of the arguments of counsel we find no error in the proceedings below. Consequently, the order of the court below will be affirmed.

**NATIONAL LABOR RELATIONS BOARD**, Petitioner,

v.

**MARSHALL MAINTENANCE CORP.,** Respondent.

**No. 15351.**

United States Court of Appeals
Third Circuit.

Argued Jan. 3, 1966.

Decided March 1, 1966.

Melvin Pollack, N.L.R.B., Washington, D. C. (Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Joseph C. Thackery, Atty., N.L.R.B., on the brief), for petitioner.

Benjamin Werne, New York City (Solomon Kreitman, New York City, on the brief), for respondent.

Before BIGGS, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM.

We have examined carefully the record in this case and considered the arguments of the parties. We conclude that the Board's findings are supported by substantial evidence and are in accord with the tenor of the whole record and that its conclusions are in accordance with the law. Consequently, a decree will be entered enforcing the order in full.

**UNITED STATES of America**

v.

**Stanley HUBERMAN, Appellant.**

**No. 15570.**

United States Court of Appeals
Third Circuit.

Argued Feb. 10, 1966.

Decided March 2, 1966.

G. Fred DiBona, Philadelphia, Pa., for appellant.

Francis R. Crumlish, Asst. U. S. Atty., Philadelphia, Pa. (Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN, FORMAN and GANEY, Circuit Judges.

PER CURIAM.

We think that appellant's filing of his notice of appeal was timely under the facts before us. O'Neal v. United States, 272 F.2d 412 (5 Cir. 1943).

Regarding the merits, we find that there is no error of substance in the trial record.

The judgment of the District Court will be affirmed.